FILED
JUN 2 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLARENCE T. FOX, JR.
REG. NO. 08816-017/UNIT C-4
FEDERAL CORRECTIONAL INSTITUTION
POST OFFICE BOX 725
EDGEFIELD, SOUTH CAROLINA 29824

    Plaintiff,

versus.

DRUG ENFORCEMENT ADMINISTRATION
FOI/PA UNIT, ROOM W-6268L
700 ARMY NAVY DRIVE
ARLINGTON, VIRGINIA 22202

    Defendant.
_____/

CASE NUMBER 1:05CV01202

JUDGE: Gladys Kessler

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 06/20/2005

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

### JURISDICTION

1) This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, et seq., as amended, to enjoin the Defendant from withholding records and to order the release of records in the possession of the Drug Enforcement Administration.

2) This Court has jurisdiction over the instant action pursuant to 5 U.S.C. § 552(a)(4)(B).

### PARTIES

3) Plaintiff, Clarence T. Fox, Jr., is a citizen of the United States of America. Plaintiff is a resident of Raleigh, North Carolina and is currently incarcerated at the Federal Correctional Institution in Edgefield, South Carolina. Plain-

RECEIVED
JUN - 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

tiff requested the records which have been withheld by the Drug Enforcement Administration.

4) The Defendant, the Drug Enforcement Administration is an angency within the Department of Justice and it has possession of the records which the Plaintiff seeks.

## PROCEDURAL HISTORY

5) On or about November 18, 2004, Plaintiff made a request to the Drug Enforcement Administration, Gainesville Florida, Resident Office for release of information under the FOIA. [Exhibit A].

6) On or about February 10, 2005, Plaintiff made a second request to the Drug Enforcement Administration, Gainesville, Florida Resident Office for release of information under the FOIA by certified mail. [Exhibit B].

7) On or about February 11, 2005, the Drug Enforcement Administration, Gainesville, Florida Resident Office received the Plaintiff's request for information under the FOIA. Agent Richard D. McEnany signed for the request letter. [Exhibit C].

8) On or about March 17, 2005, Plaintiff filed an administrative appeal for the failure of the Drug Enforcement Administration to respond to the request of records. [Exhibit D].

9) The administrative appeal was directed to the Office of Information and Privacy. [Exhibit D].

10) On or about March 30, 2005, the Office of Information and Privacy through Priscilla Jones, Chief Administrative Staff responded to Plaintiff's administrative appeal, and informed him that his request had been forwarded to the Drug Enforcement Administration for processing. [Exhibit E].

11) On or about April 28, 2005, the Office of Information and Privacy through Priscilla Jones, Chief Administrative Staff responded once again to the Plaintiff's administrative appeal, and informed once again that his request had been forwarded to the Drug Enforcement Administration for processing. [Exhibit E].

### FIRST CLAIM FOR RELIEF

12) Plaintiff hereby incorporates paragraphs one (1) through ten (10) of this complaint as if fully set forth herein.

13) Plaintiff specifically requested the Drug Enforcement Administration to search for the informant history of Tommy Henderson, Yvette Warren, and Shannon Pollard, along with providing a copy of the fee log showing the amount of money paid to these individuals, and all fee arrangement. The Plaintiff also requested a copy of all statments made by Tommy Henderson, and specifically Tommy Henderson's statement regarding his abduction, along with all statements of Yvette Warren and Shannon Pollard. [Exhibit A and B].

14) The Drug Enforcement Administration failed to conduct an adequate search for the records or respond to the Plaintiff's request under the separate names.

15) Plaintiff has a right of access to the requested information under 5 U.S.C. § 552(a)(3), and there is no legal basis for the Defendant denial of such access.

16. Plaintiff has exhausted his administrative remedies as provided by the FOIA and the regulations of the Drug Enforcement Administration.

## SECOND CLAIM FOR RELIEF

17) Plaintiff hereby incorporates paragraphs one (1) through sixteen (16) of the complaint as if fully set forth herein.

18) By letters dated March 30, 2005 and April 28, 2005, the Plaintiff's administrate appeal was forwarded to the Drug Enforcement Administration for processing. Plaintiff was advised that he could appeal to this office again if dissaified, and the Plaintiff was not advised that he could seek judicial review of the action of the Drug Enforcement Administration.

19) Plaintiff has a right to the requested information under 5 U.S.C. § 552(a)(3), and there is no legal basis for the defendant denail of such access.

20) Plaintiff has exhausted his administrative remedies by the FOIA and the regulations of the Drug Enforcement Administration.

## DEMAND FOR RELIEF

WHEREFORE, Plaintiff prays that this Court:

(1) Expedite the proceedings in this action and order defendant to make the information available as requested.

(2) Grant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

/s/ _____
CLARENCE T. FOX, JR.