CLARENCE T. FOX, JR
REG. NO. 08816-017
FEDERAL CORRECTIONAL INSTITUTION
POST OFFICE BOX 725
501 GRAY HILL ROAD
EDGEFIELD, SOUTH CAROLINA 29824

November 18, 2004

DEA Gainesville Resident Office
Gainesville Florida
Drug Enforcement Administration
Freedom of Information/Privacy Act Section
Records Management Division
235 South Main Street, Suite 202
Gainesville, Florida 32601

Re: USA v. Clarence T. Fox, Jr., Case No. 89-01018-MMP

Dear Sir/Madam:

This is a request under the Freedom of Information Act, as amended [5 U.S.C. § 552]. This request is made in behalf of Clarence T. Fox, Jr. An authorization from Clarence T. Fox, Jr., is attached to this request.

I request a complete and thorough search of all filing systems and location for all records maintained by your agency pertaining to the prosecution of Clarence T. Fox, Jr. This request specifically includes "main files" including but not limited to numbered and lettered subfiles, 1A envelopes, enclosures behind files, Bulky Exhibits and control files. I request that all records be produced with administrative marking and all reports to include the administrative pages.

I wish to be sent copies of "see reference" cards, abstracts, search slips including search slips used to process this request, file covers, multiple copies of the same documents if they appear in a file, and tapes of any electronic surveillance. Please search, "DO NOT FILE" FILES, SAC safes, special file rooms, and offices of the Drug Enforcement Administration in your department. I request that all pages be released regardless of the extent of excising, even if all that remains are the stationery headings or administrative markings. In addition to a search of the General Index, please search the ELSUR Index.

Please search the records pertaining to Clarence T. Fox, Jr., and provide him specifically with the informant history of Tommy Henderson, Yvette Warren, and Shannon Pollard. Also search the records of Clarence T. Fox, Jr., for arrangement of fees, or provide copies of the fee logs showing the amount of money paid to Tommy Henderson, Yvette Warren, and Shannon Pollard. Furthermore, Clarence T. Fox, Jr., is requesting a copy of all statements made by Tommy Henderson, and specifically Tommy Henderson's statement regarding his abduction, along with all statements of Yvette Warren and Shannon Pollard.

(1 Of 2)

FILED
JUN 2 0 2005
05 1202
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Please place any "missing" files pertaining to this request on "special locate" and advise me that you have done this.

If the documents are denied in part or in whole, please specify which exemptions(s) is (are) claimed for each passage or whole document denied. Please provide a complete itemized inventory and a detailed factual justification of total or partial denial of documents. Specify the number of pages in each document and the total number of pages pertaining to this request. For "classified" material denied please include the following information: the classification (confidential, secret, or top secret); identity of the classifier; date or even automatic declassification, classification review, or downgrading; if applicable, identity of official authorizing extension of automatic declassification or review past six years; and, if applicable, the reason for the extended classification past six years.

In excising material, please "blackout" the material rather than "white out" or "cut out." I expect, as provided by the Freedom of Information Act, that the remaining nonexempt portions of documents will be released.

I am not requesting that you process my request free of charges. I will pay the necessary cost for the production and copying of the requested material with in reason.

Please send a memo (copy to me) to the appropriate units in your office to assure that no records related to this request are destroyed. Please advise of any destruction of records and include the date of and authority of such destruction.

If any additional information is needed, please advise me at once in writing.

Please respond to this request within twenty (20) working days as provided for in the Freedom of Information Act.

Very truly yours,

CLARENCE T. FOX, JR.

(2 0f 2)


Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]   CLARENCE T. FOX, JR.

Current Address   FCI-Edgefield, P.O. Box 725, Edgefield, South Carolina 29824

Date of Birth   8/17/61

Place of Birth   Strake, Florida

Social Security Number [2]   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

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3] _____   Date   November 18, 2004

Optional: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____
(Print or Type Name)

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 1/31/01

FORM DOJ-361
FEB. 98

Justification for release of third party (or third parties) records. Each person records requested in this request has testified in the above reference case as to their identity as an informant for the Drug Enforcement Administration, and that they received monetary reward for their information during the above reference trial, therefore, they have relinquish their personal privacy interest, and release of this information would not warrant invasion of their personal privacy since they have disclose this information publicly.

Please place any "missing" files pertaining to this request on "special locate" and advise me that you have done this.

If the documents are denied in part or in whole, please specify which exemption(s) is (are) claimed for each passage or whole document denied. Please provide a complete itemized inventory and a detailed factual justification of total or partial denial of documents. Specify the number of pages in each document and the total number of pages pertaining to this request. For "classified" material denied please include the following information: the classification (confidential, secret, or top secret); identity of the classifier; date or even automatic declassification, classification review, or downgrading; if applicable, identity of official authorizing extension of automatic declassification or review past six years; and, if applicable, the reason for the extended classification past six years.

In excising material, please "blackout" the material rather than "white out" or "cut out." I expect, as provided by the Freedom of Information Act, that the remaining nonexempt portions of documents will be released.

I am not requesting that you process my request free of charges. I will pay the necessary cost for the production and copying of the requested material with in reason.

Please send a memo (copy to me) to the appropriate units in your office to assure that no records related to this request are destroyed. Please advise of any destruction of records and include the date of and authority of such destruction.

If any additional information is needed, please advise me at once in writing.

Please respond to this request within twenty (20) working days as provided for in the Freedom of Information Act.

Very truly yours,

CLARENCE T. FOX, JR.

U.S. Department of Justice                    Certification of Identity              

Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]    CLARENCE T. FOX, JR.

Current Address    FCI-Edgefield, P.O. Box 725, Edgefield, South Carolina 29824

Date of Birth    8/17/61

Place of Birth    Strake, Florida

Social Security Number [2]    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

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3] _____    Date    February 10, 2005

Optional: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____
(Print or Type Name)

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 1/31/01

FORM DOJ-361
FEB. 98