**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
DEA GAINESVILLE RESIDET OFFICE
DRUG ENFORCEMENT ADMINISTRATION
FREEDOM OF INFORMATION/PRIVACY ACT SECTION
RECORDS MANAGEMENT DIVISION
235 SOUTH MAIN STREET, SUITE 202
GAINESVILLE, FLORIDA 32601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): RICHARD D. MCKINN
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number: 7002 0510 0000 8674 2596

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1035

**FILED**

JUN 20 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1202