Clarence T. Fox, Jr.
Reg. No. 07016-017
Federal Correctional Institution
Post Office Box 725
Edgefield, South Carolina 29824

March 17, 2005

Office of Information / Privacy
United States Department of Justice
Flag Building, Suite 570
Washington, D.C. 20530

Re: Appeal

Dear Sir / Madam:

This is an administrative appeal under Title 5, Section 552(a)(6) for an agency's failure to respond within the time limit for a response to the request.

On February 10, 2005, I sent an initial request to the Drug Enforcement Administration, Gainesville Resident Office, Gainesville, Florida (attachment #1). On February 17, 2005, Richard L. McKinney received and signed for the above-referenced request (attachment #2).

The request, requested records pertaining to Clarence T. Fox, Jr., specifically the informant history of Tammy Henderson, Yvette Weaver, and Shannon Pollard, a copy of the fee arrangements or fee log showing the

(1 of 2)

FILED

JUN 2 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1202

amount of money paid to those individuals. The request further requested any and all statements made by the above referenced individuals, and specifically any statement regarding the abduction of Tommy Henderson.

I will be more than happy to discuss the request or appeal in this matter.

Please respond to this appeal within thirty (30) working days as provided for in the Freedom of Information/Privacy Act.

Very truly yours,

Clarence T. Fox, Jr.

(2 of 2)