**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

MAR 3 0 2005

Mr. Clarence T. Fox, Jr.
Register No. 08816-017
Federal Correctional Institution
P.O. Box 725
Edgefield, SC  29824

Dear Mr. Fox:

   This responds to your letter dated March 17, 2005, in which you are attempting to appeal from the failure of the Drug Enforcement Administration to respond to your request for access to records.

   A member of my staff has been advised by the DEA that it has no record of receiving a request from you. Accordingly, by copy of this letter, we are referring your letter to the DEA for processing and direct response to you. Once the DEA takes action on your request, if you are dissatisfied, you may appeal again to this Office.

                              Sincerely,

                              Priscilla Jones
                              Chief, Administrative Staff

PAJ:CIH

cc:   Drug Enforcement Administration
      FOI/PA Unit, Room W-6268L
      700 Army Navy Drive
      Arlington, VA  22202

**FILED**

JUN 2 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1202



**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_
                                               APR 2 8 2005

Mr. Clarence T. Fox, Jr.
Register No. 08816-017
Federal Correctional Institution
P.O. Box 725
Edgefield, SC 29824

Dear Mr. Fox:

    This responds to your letter dated March 17, 2005, in which you are attempting to appeal from the failure of the Drug Enforcement Administration to respond to your request for access to records.

    A member of my staff has been advised by the DEA that it has no record of receiving a request from you. Accordingly, by copy of this letter, we are referring your letter to the DEA for processing and direct response to you. Once the DEA takes action on your request, if you are dissatisfied, you may appeal again to this Office.

                                    Sincerely,

                                    Priscilla Jones
                                    Chief, Administrative Staff

PAJ:CIH

cc:    Drug Enforcement Administration
       FOI/PA Unit, Room W-6268L
       700 Army Navy Drive
       Arlington, VA 22202