CLARENCE T. FOX, JR.
REG. NO. 08816-017/UNIT C-2
FEDERAL CORRECTIONAL INSTITUTION
POST OFFICE BOX 725
EDGEFIELD, SOUTH CAROLINA 29824

February 10, 2005

DEA Gainesville Resident Office
Gainesville Florida
Drug Enforcement Administration
Freedom of Information/Privacy Act Section
Records Management Division
235 South Main Street, Suite 202
Gainesville, Florida 32601

Certified Mail No. 7002 0510 0000 8674 2596
RETURN RECEIPT REQUESTED

Re: USA v. Clarence T. Fox, Jr., Case No. 89-01018-MMP

Dear Sir/Madam:

This is a request under the Freedom of Information Act, as amended [5 U.S.C. § 552]. This request is made in behalf of Clarence T. Fox, Jr. An authorization from Clarence T. Fox, Jr., is attached to this request.

I request a complete and thorough search of all filing systems and location for all records maintained by your agency pertaining to the prosecution of Clarence T. Fox, Jr. This request specifically includes "main files" including but not limited to numbered and lettered subfiles, 1A envelopes, enclosures behind files, Bulky Exhibits and control files. I request that all records be produced with administrative marking and all reports to include the administrative pages.

I wish to be sent copies of "see reference" cards, abstracts, search slips including search slips used to process this request, file covers, multiple copies of the same documents if they appear in a file, and tapes of any electronic surveillance. Please search, "DO NOT FILE" files, SAC safes, special file rooms, and offices of the Drug Enforcement Administration in your department. I request that all pages be released regardless of the extent of excising, even if all that remains are the stationery headings or administrative markings. In addition to a search of the General Index, please search the ELSUR Index.

Please search the records pertaining to Clarence T. Fox, Jr., and provide him specifically with the informant history of Tommy Henderson, Yvette Warren, and Shannon Pollard. Also provide the fee arrangement or provide copies of the fee log showing the amount of money paid to Tommy Henderson, Yvette Warren, and Shannon Pollard. Furthermore, Please provide any, and all statements made by Tommy Henderson, and Yvette Warren, and specifically any statement made by Tommy Henderson and Yvette Warren regarding the abduction of Tommy Henderson.

**FILED**

JUN 2 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1202

(Attachment A)