**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **CLARENCE T. FOX** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1202 (GK) |
| **DRUG ENFORCEMENT ADMINISTRATION** | ) |
| Defendant. | ) |

## PRAECIPE

The Clerk of the Court is respectfully requested to enter the appearance of Assistant United States Attorney Wyneva Johnson as counsel for defendant in the above-captioned case.

Respectfully submitted,

WYNEVA JOHNSON
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., E-4106
Washington, D.C. 20530
(202) 514-7224

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of July, 2005, that a copy of the foregoing was filed and served by First-Class mail; postage prepaid to:

**Clarence T. Fox, Jr.**
**#08816-017-Unit C-4**
**F.C.I.- Edgefield**
**Edgefield, South Carolina 29824**

                                                      _____
                                                      WYNEVA JOHNSON
                                                      Assistant United States Attorney
                                                      Judiciary Center Building
                                                      555 4th Street, N.W., E-4106
                                                      Washington, D.C. 20530
                                                      (202) 514-7224