IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARENCE T. FOX ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1202 (GK) |
| ) | |
| DRUG ENFORCEMENT ADMINISTRATION ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Defendant, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for Further Enlargement of Time to and including August 19, 2005 to answer or respond to the Amended Complaint. Plaintiff's counsel does not oppose this Motion.

Counsel was on leave from June 30, 2005 to July 11, 2005. Upon her return to the office, counsel learned that the previous Motion for Enlargement of Time had erroneously requested that the Answer or Response to the Amended Complaint be filed on August 12, 2005. Plaintiff's counsel had previously consented to counsel's request for an enlargement of time up to and including August 19, 2005.

The additional time is requested so that counsel can complete the coordination and discussions with the agency for the filing of defendant's Answer or Response to the Amended Complaint.

This request for enlargement is made in good faith and is in no way designed to delay the proceedings.

Accordingly, it is respectfully requested that defendant shall have up to and including August 19, 2005 to answer or respond to the Amended Complaint.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney


_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of July, 2005, that a copy of the foregoing was filed and served by First-Class mail; postage prepaid to:

**Clarence T. Fox, Jr.**
**#08816-017-Unit C-4**
**F.C.I.- Edgefield**
**Edgefield, South Carolina 29824**

_____
WYNEVA JOHNSON
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., E-4106
Washington, D.C. 20530
(202) 514-7224