IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLARENCE T. FOX** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DRUG ENFORCEMENT ADMINISTRATION** )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1202 (GK) |

**ORDER**

UPON CONSIDERATION OF Defendant's Motion for Enlargement of Time, any Opposition thereto and for good cause shown, it is hereby

ORDERED that Defendant's Motion should be, and is hereby, granted, and that Defendant shall have up to and including August 10, 2005 to answer or respond to the Complaint.

_____
UNITED STATES DISTRICT JUDGE

Copies:

WYNEVA JOHNSON
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. Civil Division
Washington, D.C. 20530

CLARENCE T. FOX, JR.
#08816-017-Unit C-4
F.C.I.- Edgefield
Edgefield, South Carolina 29824