# EXHIBIT 1



# U.S. Department of Justice
Drug Enforcement Administration

JUN 0 9 2005

Case Number: 05-0942-P

Subject: INFORMATION ON 3RD PARTIES: HENDERSON, TOMMY; WARREN, YVETTE; POLLARD, SHANNON

CLARENCE T FOX, JR. #08816-017
FCI
P.O. BOX 725
EDGEFIELD, SC 29824

Dear Clarence T. Fox, Jr.:

Your Freedom of Information Act request pertaining to another individual has been received and will not be processed by the Drug Enforcement Administration. This response neither confirms nor denies the existence of any requested records. Before DEA can begin processing your request, it will be necessary for you to provide either proof of deaths or original notarized authorizations (privacy waivers) from those individuals.

Proof of death can be a copy of a notarized death certificate, obituary, or a recognized reference source. Waivers of personal privacy must be notarized, must specifically identify the person waiving privacy (including full name, date and place of birth, social security number and present address), and must be specifically directed to the DEA -- permitting the DEA to release personal information (about the person executing the waiver) from its files. The waiver should be dated within a reasonable time period preceding the request, and the original copy of the waiver must be provided to the DEA.

If you submit either a copy of the proof of death or an original notarized authorization directly to the DEA, we will conduct a search of our records. In addition, to ensure an accurate search of our records, please provide your subject's complete name, date and place of birth, and social security number if you have not already done so.

Without proof of death or an original notarized authorization, to confirm the existence of law enforcement records or information about another person is considered an unwarranted invasion of personal privacy. Such records would be exempt from disclosure pursuant to Exemptions (b) 6 and/or (b)7(C) of the Freedom of Information Act (FOIA), Title 5 U.S.C. Section 552.

If you wish to appeal this response, you may do so within sixty (60) days pursuant to 28 C.F.R. 16.9. The appeal should be sent to the following address, with the envelope marked "FOIPA Appeal":

CO-DIRECTOR
OFFICE OF INFORMATION AND PRIVACY
FLAG BUILDING, SUITE 570
WASHINGTON, D.C. 20530

Sincerely,

Katherine L. Myrick,
Chief, Operations Unit
FOI/Records Management Section