UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARENCE T. FOX, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DRUG ENFORCEMENT ADMINISTRATION, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1202 (GK) |

**<u>ORDER</u>**

This matter having come before the Court on the defendant's Motion for Summary Judgment on behalf of the Drug Enforcement Administration, and the Court having considered the entire record herein, it is hereby

ORDERED that defendant's motion is granted, and it is further

ORDERED that judgment is entered in favor of the Drug Enforcement Administration.

_____       _____
DATE                                                              UNITED STATES DISTRICT JUDGE

Copies to:

Wyneva Johnson
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C.  20001
(202) 514-7236

Clarence T. Fox, Jr.
Reg. No. 08816-017/Unit C-4
Federal Correctional Institution
Post Office Box 725
Edgefield, South Carolina 29824