IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLARENCE T. Fox, Jr.,

    Plaintiff,

versus.                    CIVIL ACTION NO. 05-1202 (G.K)

DRUG ENFORCEMENT ADMINISTRATION,

    Defendant.
_____/

## MOTION FOR ENLARGEMENT OF TIME

    COME NOW the plaintiff, CLARENCE T. Fox, JR., ("Fox") pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and respectfully moves this Court for an enlargement of time, to include up to November 15, 2005, to respond to the Defendant's Motion for Summary Judgement. Defendant's counsel should not oppose this notion, because Fox did not oppose the Defendant's motion for an enlargement of time. Fox will show the following:

    Currently Fox is being housed in the Special Housing Unit under administrative detention due to a correctional officer placing a threat upon his safety with physical violence, and because the administration carried out punitive and retaliatory conduct for Fox's utilization of the inmate grievance system.

    The Special Housing Unit does not possess a complete law library, only a satellite law library with limited books. It is impossible for Fox to obtain law material from the main law library, because staff from the education department does not make rounds in the Special Housing Unit. Also, Fox is allowed only one hour per visit to the Special Housing Unit law library.

In order for Fox to get case law, he must have his wife go online and conduct a search for the necessary case law, then mail it to Fox. All correspondence conducted by Fox, to his wife, must be by mail, because Fox is only allowed one phone call per month.

Fox received this Court order on August 16, 2005, dated August 12, 2005, ordering that he had until September 15, 2005, to respond to the Defendant's Motion for summary Judgement.

The additional time is requested so that Fox can adequately facilitate the preparation of filing Fox's response to the Defendant Motion for Summary Judgement.

This request for enlargement of time is made in good faith and is in no way designed to delay the proceedings. The restrictions imposed by this institution, prohibits inmates housed in the Special Housing Unit from having any access to an ink pen or typewriter. Fox must forward all motion, including this motion as well, to his wife for the preparation, to meet the Court's requirements.

Wherefore, it is respectfully requested that Fox shall have until November 15, 2005, to prepare a proper response to the Defendant's Motion for Summary Judgement.

Respectfully submitted,

/s/ *Clarence T. Fox, Jr.*

Clarence T. Fox, Jr.
Reg. No. 08816-017
Federal Correctional Institution
Post Office Box 725
Edgefield, South Carolina 29824

## CERTIFICATE OF SERVICE

I, Geraldine C. Fox, hereby declare under the penalty of perjury, that on the 29 day of August 2005, I deposited one true and correct copy of the Motion for Enlargement of Time postage prepaid addressed to:

>Wyneva Johnson
>Assistant United Stated Attorney
>Judiciary Center Building
>555 4th Street, N.W. E-4106
>Washington, D.C. 20530

>Respectfully submitted,

>*Geraldine C. Fox*
>Geraldine C. Fox
>Post Office Box 14552
>Raleigh, North Carolina 27620-4552
>(919) 828-9693