UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
CLARENCE T. FOX, JR.,          )
                               )
        Plaintiff,             )
                               )
    v.                         )    Civil Action No. 05-1202 (GK)
                               )
DRUG ENFORCEMENT               )
ADMINISTRATION,                )
                               )
        Defendant.             )
_____)
```

**O R D E R**

Plaintiff brings this action pro se against Defendant Drug Enforcement Administration under the Freedom of Information Act ("FOIA"), 5 U.S.C. §§ 552 et seq.. Plaintiff seeks, inter alia, records relating to his prosecution for drug crimes. This matter is before the Court on Defendant's Motion for Summary Judgment.

Defendant filed the instant Motion on August 10, 2005. On August 12, 2005, the Court informed Plaintiff that he must respond to Defendant's Motion by September 15, 2005 and that his failure to do so would result in judgment being entered in favor of Defendant. On August 30, 2005, the Court granted Plaintiff's request for additional time to respond. Plaintiff was ordered to respond no later than October 17, 2005 and was instructed to seek additional extensions, by Motion, if necessary. To date, Plaintiff has neither responded to Defendant's Motion nor sought an extension of time.

Accordingly, upon consideration of Defendant's Motion for

Summary Judgment, and Plaintiff's lack of opposition thereto, and pursuant to Local Rule LCvR 7(b), it is hereby

**ORDERED** that Defendant Drug Enforcement Agency's Motion for Summary Judgment is **granted.**

November 1, 2005
/s/
GLADYS KESSLER
United States District Judge

**Copies to**: **attorneys on record via ECF and**

**CLARENCE T. FOX, JR.**
**R 08816-017**
**FEDERAL CORRECTIONAL INSTITUTION**
**C-4**
**P.O. Box 725**
**Edgefield, SC 29824**